# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO FRANKLIN, SR.,

Defendant.

Case No. 25-CR-190-JPS

**ORDER**

On October 7, 2025, the Government filed a seven-count Indictment in which Defendant Antonio Franklin, Sr. ("Defendant") was charged with violating 42 U.S.C. § 1383a(a)(3) and 18 U.S.C. §§ 1343 and 1347. ECF No. 1. On April 7, 2026, the Government filed a single-count Information charging Defendant with violating 18 U.S.C. § 1343. ECF No. 19. The same day, the parties filed a plea agreement indicating that Defendant would plead guilty to the single count in the Information, with the Government to move to dismiss the Indictment at the time of sentencing. ECF No. 20.

The parties appeared before Magistrate Judge Stephen C. Dries on April 28, 2026 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 21. Defendant entered a plea of guilty as to the single count in the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id*.

The same day, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 23. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 23, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 15th day of May, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge